# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ANDRE WINGO,**

       Plaintiff,

    -vs-                                     **Case No. 16-C-62**

**PROGRESSIVE INSURANCE COMPANY, et al.,**

       Defendants.

---

## DECISION AND ORDER

---

Andre Wingo is subject to the following order from the Seventh Circuit Court of Appeals: "Until Wingo has paid in full all outstanding fees and any sanctions in all civil actions he has filed, the clerks of all federal courts in this circuit will return unfiled any papers submitted either directly or indirectly by or on behalf of Wingo." *Wingo v. Kluck*, No. 07-1552, Slip op. (7th Cir. Aug. 2, 2007) (pursuant to *Support Sys. Int'l Inc. v. Mack*, 45 F.3d 185 (7th Cir. 1995)). The only exceptions to this Order are criminal cases and petitions challenging the terms of Wingo's confinement. This case does not fall within either exception. Moreover, the Court confirmed that Wingo has not paid the fees and sanctions owed to the Seventh Circuit. Therefore, this action never should have been filed in the first instance.

**IT IS HEREBY ORDERED THAT** this action is **DISMISSED**, and any future filings by Wingo will be returned unfiled pursuant to the *Mack* order issued by the Seventh Circuit.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2016.

BY THE COURT:

HON. RUDOLPH T. RANDA
U.S. District Judge